IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBBY MUNIZ,      Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC,      Defendant. | Civil No. 5:23-cv-02768-JMG |

**SCHEDULING ORDER**

**AND NOW**, this 12th day of January, 2024, following a pretrial conference with counsel, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), **IT IS HEREBY ORDERED** as follows:

1. All motions to amend the Complaint and to join or add additional parties shall be filed on or before **January 12, 2024**.

2. Discovery in this Pennsylvania Minimum Wage Act ("PMWA") case will proceed in two phases: (1) initially on the Pennsylvania state law class certification and motions for summary judgment on individual issues; and (2) all merits discovery necessary for trial and motions for summary judgment on class issues.

3. A status conference with counsel is scheduled for **Thursday, March 14, 2024 at 1:30 p.m.** Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than **Monday, March 4, 2024**.

4. A status conference with counsel is scheduled for **Thursday, June 13, 2024 at 10:00 a.m.** Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than **Monday, June 3, 2024**.

5. All fact and expert discovery in Phase (1) shall be completed no later than **August 9,**

**2024.**

    (a) Affirmative expert affidavits in Phase (1), if any, are due by **June 28, 2024**.

    (b) Rebuttal expert affidavits in Phase (1), if any, are due by **July 26, 2024**.

    (c) Expert depositions in Phase (1), if any, shall be concluded no later than **August 9, 2024**.

    (d) All motions for Pennsylvania state law class certification and motions for summary judgment on individuals shall be filed by **August 30, 2024**. Responses shall be filed no later than **September 20, 2024**. Motions and responses shall be filed in the form prescribed in Judge Gallagher's Policies and Procedures

6. A status conference with counsel is scheduled for **Thursday, September 19, 2024 at 10:00 a.m.** Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than **Monday, September 9, 2024**.

7. A status conference with counsel is scheduled for **Thursday, November 14, 2024 at 10:00 a.m.** Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than **Monday, November 4, 2024**.

8. All fact and expert discovery in Phase (2) shall be completed no later than **January 31, 2025**.

    (a) Affirmative expert reports, if any, are due by **December 20, 2024**.

    (b) Rebuttal expert reports, if any, are due by **January 3, 2025**.

    (c) Expert depositions, if any, shall be concluded no later than **January 31, 2025**.

9. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required

for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

10. Motions for summary judgment and *Daubert* motions, if any, shall be filed by **February 14, 2025**. Responses shall be filed no later than **February 28, 2025**. Motions and responses shall be filed in the form prescribed in Judge Gallagher's Policies and Procedures.

11. No later than **April 4, 2025,** counsel for each party shall serve upon counsel for every other party a copy of each exhibit the party expects to offer at trial.

12. No later than **April 11, 2025**, each party shall file with the Clerk of Court a pretrial memorandum. The pretrial memorandum should be prepared in accordance with the provisions of the Local Rule of Civil Procedure 16.1(c) and should also include the following items:

    (a) All stipulations of counsel.

    (b) A statement of objection to: (1) the admissibility of any exhibit based on authenticity; (2) the admissibility of any evidence expected to be offered for any reason (except relevancy); (3) the adequacy of the qualifications of an expert witness expected to testify; and (4) the admissibility of any opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701. Such objection shall describe with particularity the ground and the authority for the objection.

    (c) Deposition testimony (including videotaped deposition testimony) that the party intends to offer during its case-in-chief. The statement should include citations to the page and line number and the opposing party's counter-

        designations.

      (d) A statement of any anticipated important legal issues on which the Court will be required to rule, together with counsel's single best authority on each such issue.

13. All motions *in limine* shall be filed no later than **April 11, 2025**. Responses, if any, shall be filed no later than **April 18, 2025**.

14. No later than **April 11, 2025**, any objections to designations of deposition testimony shall set forth the page and line numbers of the challenged testimony and a clear statement for the basis of that objection. The objecting party must provide the Court with a copy of the deposition transcript with the challenged testimony highlighted. Any objection not made in conformity with this Order will be deemed waived.

15. No later than **April 11, 2025**, the parties shall file with the Clerk of Court joint proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories to the jury. Each party shall also file proposed jury instructions, verdict forms or special interrogatories on those issues not agreed upon by the parties in their joint submission.

16. A final pretrial conference will be held on **Wednesday, April 23, 2025, at 9:30 a.m., in Courtroom 4B,** United States District Court located at 504 West Hamilton Street, Allentown, Pennsylvania 18101. Counsel shall be prepared to address any pending motions *in limine* and objections to witnesses and exhibits. Trial counsel must attend the final pretrial conference and only those attorneys attending the conference may participate in the trial.

17. The selection of a jury shall take place on **Friday, May 2, 2025, at 9:00 a.m.** Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined.

18. A jury trial shall resume before this court on **Monday, May 5, 2025**, **at 9:00 a.m.** at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania.

19. This order shall serve as a formal attachment for trial.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge