IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBBY MUNIZ and RENEE CONNELLY, on Behalf of Themselves and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>　　　　Defendant. | Civil Action No. 5:23-cv-02768-JMG |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS IN PART PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant Amazon.com Services LLC, by and through its counsel, hereby moves for leave pursuant to Local Rule of Civil Procedure 7.1(c) and the Policies and Procedures of The Honorable John M. Gallagher to file a reply brief to Plaintiff's Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss in Part Plaintiffs' Second Amended Class Action Complaint. In support of its Motion for Leave, Defendant states as follows:

　　1.　　On April 22, 2024, Defendant filed a Rule 12(b)(6) Motion to Dismiss in Part Plaintiffs' Second Amended Class Action Complaint (Dkt. 26) (the "Motion").

　　2.　　On May 13, 2024, Plaintiffs filed a Response in opposition to the Motion (Dkt. 29).

　　3.　　Under Local Rule of Civil Procedure 7.1(c), this Court may permit additional briefs or submissions if the Court deems them necessary.

4. The Reply Brief attached hereto as Exhibit A concisely addresses new issues raised by Plaintiffs in their Response and is in compliance with the May 28 filing deadline set by the Court's May 7, 2024 Order (Dkt. 28) and the applicable page limit.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion for Leave to File a Reply Brief and deem the reply brief attached hereto as Exhibit A to be filed.

Dated:  May 28, 2024                              Respectfully submitted,

                                                              *s/* Richard G. Rosenblatt
Richard G. Rosenblatt
MORGAN, LEWIS & BOCKIUS LLP
2222 Market St.
Philadelphia, PA 19103-3007
Tel: (215) 963-5000
Fax: (215) 963-5001
richard.rosenblatt@morganlewis.com

Joseph A. Nuccio (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: (609) 919-6600
Fax: (877) 432-9652
joseph.nuccio@morganlewis.com

Michael E. Kenneally (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
michael.kenneally@morganlewis.com

*Counsel for Defendant*
*Amazon.com Services LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the date indicated below, a true and correct copy of the foregoing document, with all attachment(s), was filed and thereby served on all counsel of record via ECF.

Dated:  May 28, 2024                *s/* Richard G. Rosenblatt
                                                  Richard G. Rosenblatt