IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBBY MUNIZ and RENEE CONNELLY, on Behalf of Themselves and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| AMAZON.COM SERVICES, LLC, | ) ) ) |
| Defendant. | ) ) |

Civil Action No. 5:23-cv-02768-JMG

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant's Motion for Leave to File Reply Brief in Support of its Rule 12(b)(6) Motion to Dismiss in Part Plaintiffs' Second Amended Class Action Complaint, and any response thereto, it is hereby ORDERED that the Motion is GRANTED, and it is FURTHER ORDERED that the Reply Brief attached as Exhibit A to Defendant's Motion for Leave is hereby deemed filed with the Court.

BY THE COURT:

_____

John M. Gallagher, U.S.D.J.