IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOBBY MUNIZ,
    Plaintiff,

v.

AMAZON.COM SERVICES, LLC,
    Defendant.

Civil No. 5:23-cv-02768-JMG

**AMENDED SCHEDULING ORDER**

**AND NOW**, this 5th day of August, 2024, following a pretrial conference with counsel, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), **IT IS HEREBY ORDERED** that the Scheduling Order (ECF No. 17) is **AMENDED** as follows:

1. All fact and expert discovery in Phase (1) shall be completed no later than **September 27, 2024.**[1]

    (a) Affirmative expert affidavits in Phase (1), if any, are due by **August 30, 2024**.

    (b) Rebuttal expert affidavits in Phase (1), if any, are due by **September 13, 2024**.

    (c) Expert depositions in Phase (1), if any, shall be concluded no later than **September 27, 2024**.

    (d) All motions for Pennsylvania state law class certification and motions for summary judgment on individuals shall be filed by **October 25, 2024**. Responses shall be filed no later than **November 8, 2024**. Motions and responses shall be filed in the form prescribed in Judge Gallagher's Policies

---

[1] Given the lack of production in this case during the eight months since our initial scheduling order, the Court will begin considering consequences for delinquent discovery remaining after September 27, 2024.

    and Procedures

2.  All other dates in the Scheduling Order (ECF No. 17) remain in full effect.

                BY THE COURT:

                */s/ John M. Gallagher*
                JOHN M. GALLAGHER
                United States District Court Judge