## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RENEE CONNELLY,
                    Plaintiff,          :

                v.                    :     Civil No. 5:23-cv-02768-JMG

AMAZON.COM SERVICES, LLC,
                    Defendant.     :

### ORDER

**AND NOW**, this   4th   day of March, 2025, upon consideration of Plaintiff's Motion for Class Certification (ECF No. 54), Defendant's Response in Opposition to Plaintiff's Motion for Class Certification (ECF No. 60), and Plaintiff's Reply in Support of Plaintiff's Motion for Class Certification (ECF No. 73), **IT IS HEREBY ORDERED** that the Motion for Class Certification (ECF No. 54) is **GRANTED**.

**IT IS FURTHER ORDERED** that upon consideration of Plaintiff's Motion to Strike Exhibit I to Amazon's Response to Plaintiff's Motion for Class Certification (ECF No. 76), Defendant's Response in Opposition to Plaintiff's Motion to Strike (ECF No. 77), and Plaintiff's Reply in Support of Motion to Strike Exhibit I to Amazon's Response to Plaintiff's Motion for Class Certification (ECF No. 80), that the Motion to Strike (ECF No. 76) is **DENIED**.

**IT IS FURTHER ORDERED** that upon consideration of Defendant's Motion for Summary Judgment (ECF No. 53), Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 61), and Defendant's Reply in Support of Defendant's Motion for Summary Judgment (ECF No. 71), that the Motion for Summary Judgment (ECF No. 53) is **GRANTED IN PART AND DENIED IN PART**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge