UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE CONNELLY, on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 5:23-cv-02768-JMG |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated May 30, 2025 (ECF No. 144), the parties submit this Joint Status Report. The parties are scheduled to mediate this matter on October 30, 2025, in Washington, D.C. The parties are working toward the mediation and agree that the case should remain stayed pending completion of the mediation. The parties will file a further joint status report advising the Court of the outcome of mediation and their views on how the case should proceed on November 3, 2025, in accordance with the Court's Order.

Date: August 5, 2025

Respectfully submitted,

By: */s/ Don J. Foty*　　　　　　　
Don J. Foty
Foty Law Group
2 Greenway Plaza, Suite 250
Houston, TX 77046
Telephone: (713) 523-0001
dfoty@fotylawgroup.com

By: */s/ Melanie L. Katsur*　　　　　　　
Melanie L. Katsur (PA Bar No. 88458)
Lucas C. Townsend
Andrew G.I. Kilberg
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036

| | |
|---|---|
| Matthew Parmet<br>PA Bar No. 331609<br>Parmet PC<br>2 Greenway Plaza, Suite 250<br>Houston, TX 77046<br>Telephone: (713) 999-5229<br>matt@parmet.law<br><br>*Attorneys for Plaintiff and Class Members* | Telephone: (202) 887-3636<br>　　　　　　 (202) 887-3731<br>　　　　　　 (202) 887-3759<br>mkatsur@gibsondunn.com<br>ltownsend@gibsondunn.com<br>akilberg@gibsondunn.com<br><br>Bradley J. Hamburger<br>Tiffany Phan<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7658<br>　　　　　　 (213) 229-7522<br>bhamburger@gibsondunn.com<br>tphan@gibsondunn.com<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 5, 2025, the foregoing document was served via the Court's ECF system on all counsel of record.

                                                                              */s/ Melanie L. Katsur*
                                                                              Melanie L. Katsur