UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE CONNELLY, on Behalf of Herself and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> V. <br><br> AMAZON.COM SERVICES, LLC, <br><br> Defendant. | § § § § § § § § § § § § § § CASE NO. 5:23-CV-2768-JMG |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Renee Connelly, on behalf of herself and on behalf of all others similarly situated, for the reasons set forth in attached the Memorandum of Law, respectfully files this Motion for Preliminary Approval of the class action settlement that was reached in this case.

I.

Plaintiff, a former non-exempt hourly paid employee of Amazon.com Services, LLC ("Amazon"), brought this lawsuit seeking compensation for the time spent off-the-clock as a result of Amazon's policy requiring each of its employees to pass a COVID screening in order to work for the day. Plaintiff asserts that Amazon's failure to pay Plaintiff and the Class Members for this time (1) violates the Pennsylvania Minimum Wage Act ("PMWA"), 43 Pa. C.S. §§ 333.101, *et seq.*, and (2) constitutes a breach of contract, or in the alternative, should be paid under the theories of unjust enrichment and quantum meruit.

The Parties have now reached a settlement of this action. Through this Motion, Plaintiff respectfully asks that the Court grant preliminary approval of this class action settlement and allow the notice of the settlement to be issued to the Class Members.

Date:   February 13, 2026

                                          Respectfully submitted,

                                    By:   /s/ *Don J. Foty*
                                              Don J. Foty
                                              (admitted *pro hac vice*)
                                              Foty Law Group, P.C.
                                              Texas Bar No. 24050022
                                              2 Greenway Plaza, Ste. 250
                                              Houston, TX 77046
                                              Telephone: (713) 523-0001
                                              Facsimile: (713) 523-1116
                                              dfoty@fotylawgroup.com

                                              And

                                              Matthew Parmet
                                              PA Bar No. 331609
                                              Parmet PC
                                              2 Greenway Plaza, Suite 250
                                              Houston, TX 77046
                                              Telephone: (713) 999-5229
                                              matt@parmet.law

                                              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I certify that on February 13, 2026 a true and correct copy of the foregoing document was filed electronically and thereby served on all counsel of record via the Court's electronic case filing system.

                                              */s/ Don J. Foty*
                                              Don J. Foty

## **CERTIFICATE OF CONFERENCE**

     I certify that I have conferred in good faith with Counsel for Amazon before filing the instant motion and Amazon is unopposed to the relief that is sought.

                                                  */s/ Don J. Foty*
                                                Don J. Foty