**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

RENEE CONNELLY,                                        :
                 Plaintiff,                             :
                                     :
                 v.                                     :        Civil No. 5:23-cv-02768-JMG
                                       :
AMAZON.COM SERVICES, LLC,                              :
                 Defendant.                          :

---

**ORDER**

**AND NOW**, this 17th day of June, 2026, upon consideration of the Notice of Filing of Revised Settlement Notice (ECF No. 153), **IT IS HEREBY ORDERED** as follows:

1.     The Court **APPROVES** the Notice of Class Action Settlement (ECF No. 153-1) and **AUTHORIZES** the emailing and mailing of the Notice (ECF No. 153-1).

2.     Defendant **SHALL** provide Atticus Administration, LLC ("Settlement Administrator"), with the information necessary to conduct this email/mailing as set forth in the Settlement Agreement (ECF No. 150-2) by no later than **July 17, 2026**.

3.     The Settlement Administrator **SHALL** send the Notice (ECF No. 153-1) to the Class Members, in the manner set forth in the Settlement Agreement (ECF No. 150-2), by no later than **August 17, 2026**.

4.     Any Class Member who does not want to participate in the class action settlement **SHALL** submit a "Request for Exclusion" to the Settlement Administrator, in the manner set forth in the Settlement Agreement (ECF No. 150-2), by no later than **October 15, 2026**.

5.     Any Class Member may file an objection to the fairness, reasonableness, of adequacy of the Settlement by signing a written objection and submitting it to the Settlement Administrator, in the manner set forth in the Settlement Agreement (ECF No. 150-2), by no later than **October 15, 2026**.

6.      The Settlement Administrator **SHALL** provide the list of Participating Class Members to counsel for Defendant by no later than **October 30, 2026**.

7.      Any petition by Class Counsel for attorneys' fees, costs, and service award **SHALL** be filed by no later than **November 4, 2026**.

8.      Briefs and other documents in support of final approval of the Settlement **SHALL** be filed by no later than **November 4, 2026**.

9.      A Final Approval Hearing to consider and determine: (a) whether the Settlement Agreement should be finally approved; (b) whether Class Counsel's application for attorneys' fees and costs should be approved; and (c) whether the application for Class Representative incentive awards should be approved, is scheduled for **Tuesday, November 17, 2026, at 9:30 a.m.**, at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge